29 A.3d 366

COMMONWEALTH of Pennsylvania, Petitioner

v.

Shonda SPRUILL, Respondent.

Supreme Court of Pennsylvania.

Aug. 30, 2011.

616

## ORDER

PER CURIAM.

AND NOW, this 30th day of August, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue, rephrased for clarity:

Whether the Superior Court erred in reviewing, as a non-waivable claim regarding legality of sentence, a claim that the trial court improperly imposed a sentence on felony-two aggravated assault when felony-one aggravated assault was charged in the criminal information.